UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANNALL MAULDIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-6202** |
| **N. BURL CAIN, WARDEN** | **SECTION "I" (4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Rannall Mauldin, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Rannall Mauldin's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 7th day of August, 2014.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**